```
                              FILED            RECEIVED
                        ____ ENTERED      ____ SERVED ON
                                   COUNSEL/PARTIES OF RECORD

                              JUL 25, 2022

                             CLERK US DISTRICT COURT
                               DISTRICT OF NEVADA
                        BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-066-RFB-BNW |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| JASON ALAN SIMONS, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by Jason Alan Simons to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which Jason Alan Simons pled guilty. Criminal Information, ECF No. 4; Plea Agreement, ECF No. 6; Arraignment & Plea, ECF No. 8; Preliminary Order of Forfeiture, ECF No. 9.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 6, 2022, through June 4, 2022, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 10-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Samsung Galaxy S7 IMEI: 359755078323074;
2. a Western Digital 4TB My Book External Hard Drive, Model No. WDBJK0040HBK-04, Serial No. WCC4E2PKHXC7;
3. a Lenovo Desktop Computer, Model No. ThinkCentre M92P, Serial No. MJVRMPP with a Seagate 500GB SATA hard drive, Model No. ST500DM002, Serial No. S2AEYFJH; and
4. a black computer tower with a Western Digital 500GB SATA hard drive, Model No WD5000AAKS, Serial No. WCASY1067379 and a Seagate 500GB SATA hard drive, Model No. ST3500418AS, Serial No. 5VM9KAW1

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED __July 25_____, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE